**FILED**

**10/06/2025**

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

Plaintiff's Name AGUSTIN CALDERON

Prisoner No. _____

Institution 4850 TEAKWOOD DR.

OAKLEY, CA· 94561

_____

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

AGUSTIN CALDERON
*(Enter your full name)*

v.

CONTRA COSTA SHERIFFS
MEDICAL STAFF AT MARTINEZ
DETENTION FACILITY

*(Enter the full name(s) of all defendants in this action)*

Case No. 25-cv-08497-KAW
*(Provided by the Clerk upon filing)*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*You must exhaust the remedies available at your institution before your claim(s) can go forward. The court will dismiss any unexhausted claims.*

**A.** Place of present confinement WEST COUNTY DETENTION FACILITY

**B.** Is there a grievance procedure in this institution? ☒ **YES**    ☐ **NO**

**C.** If so, did you present the facts in your complaint for review through the grievance procedure?
☒ **YES**    ☐ **NO**

**D.** If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: GRIEVANCE 7·16·25 DENIED

_____

2. First formal level: APPEAL 7·19·25 DENIED

_____

_____

3.    Second formal level: _____

_____

_____

4.    Third formal level: _____

_____

_____

**E.**  Is the last level to which you appealed the highest level of appeal available to you?
☑ **YES**        ☐ **NO**

**F.**  If you did not present your claim for review through the grievance procedure, explain why.

_____

_____

_____

## II. Parties.

**A.**  If there are additional plaintiffs besides you, write their name(s) and present address(es).

_____

_____

_____

**B.**  For each defendant, provide full name, official position and place of employment.

SHERIFFS OF CONTRA COSTA

MEDICAL STAFF OF MARTINEZ DETENTION FACILITY.

_____

_____

_____

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

1, AGUSTIN CALDERON HEREBY DECLARE THE FOLLOWING

ACCOUNT OF EVENTS TO BE CORRECT AND TRUE:

SOMEWHERE WITHIN THE TIME OF MARCH 2024 WHILE

HOUSED IN MARTINEZ DETENTION FACILITY EDWARD

MODULE I RECIEVED A SHOULDER SURGERY AT MARTINEZ COUNTY HOSPITAL UPON MY RETURN TO M.D.F. I WAS TOLD I WOULD BE ASSIGNED BOTTOM TIER/LOWER BUNK STATUS FOR MEDICAL REASONS, HOWEVER I WAS ESCORTED BACK TO MY PREVIOUSLY ASSIGNED CELL IN E.MODULE AND TOP BUNK WHEN ADRESSED TO DEPUTIES I WAS TOLD THERE WAS A SHORTEGE OF LOWER BUNKS AVAILIBLE, SO AS HARD AND PAINFUL AS IT WAS I MADE DUE.

ON ONE PARTICULAR DAY APPROXIMATELY (3) THREE WEEKS AFTER AFFORMENTIONED SURGERY WHILE STILL IN A ARM SLING I SHOWERED AND SLIPPED ON STEP INSIDE SHOWER, M.D.F. E MOD. DOES NOT HAVE A.D.A. SHOWERS NOR ANY BARS SO I WAS UNABLE TO STOP MY FALL AND LANDED ON INJURED SHOULDER AND BODY TOUCHING DIRTY FLOOR, I GOT UP AND ASSUMED THE PAIN WOULD GO AWAY. WHEN IT DID NOT I ADDRESSED IT AT EVERY DR. APPT. ON JULY 4TH I WAS TRANSFFERED TO WEST COUNTY DETENTION FACILITY AND UPON SEEING A DR. SHE REQUESTED A SCHEDULING FOR AN M.R.I, DUE TO CONCERNS OF RE-INJURING, I AM NOW AWAITING MRI RESULTS I FEEL MY 8TH AMMENDMENT RIGHTS WERE VIOLATED AND I WAS SUBJECTED TO CRUEL & UNUSIAL PUNISHMENT

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

1. ISSUE A DECLATORY JUDGEMENT THAT THEY WILL COMPLY WITH ALL A.D.A. DETAINEES ACCOMODATIONS AND THAT THEY VIOLATED MY A.D.A RIGHTS SUBJECTING ME TO CRUEL & UNUSUAL PUNISHMET.

2. AWARD COMPENSATORY DAMAGES IN THE AMOUNT OF $ JOINTLY AND SEVERLY

3. AWARD PUNITIVE DAMAGES IN THE FOLLOWING $

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: _9.26.25_
Date

_____
Signature of Plaintiff